In the Matter of the Claim of CATHERINE McDONALD, Respondent, against THE CITY OF NEW YORK et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

Present — Hill, P. J., Crapser, Bliss, Heffernan, and Schenck, JJ.